**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **JOHN R. HILLEN, III,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| v. | *   Case No. 1:18-cv-112-TSE/IDD |
| | * |
| **LLOYD'S, LONDON and** | * |
| **DISABILITY MANAGEMENT** | * |
| **SERVICES, INC.,** | * |
| | * |
|     **Defendants.** | * |
| | * |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**FINANCIAL DISCLOSURE STATEMENT BY DEFENDANT, CERTAIN
UNDERWRITERS AT LLOYD'S, LONDON, IMPROPERLY
NAMED IN COMPLAINT AS DEFENDANT "LLOYD'S, LONDON"**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant, Certain Underwriters at Lloyd's, London Subscribing to Policy Number 1476385 (improperly named in the complaint as "Lloyd's, London") disclose as follows:

1.    All of the Defendant-Underwriters are unincorporated, individual foreign syndicates organized under the laws of the United Kingdom that underwrite insurance through managing agencies, also organized under the laws of the United Kingdom, who in turn trade through the Lloyd's, London market.

2.    The following syndicates subscribe to the Policy at issue in the subject litigation: Syndicate 4000 (Pembroke); Syndicate 1200 (Argo); Syndicate 4020 (Ark); Syndicate 5000 (Travelers); Syndicate 566 (QBE); Syndicate 2987 (Brit); Syndicate 2001 (Amlin); and Syndicate 1861 (ANV).

3.    The aforementioned syndicates have the following corporate members:

- Ironshore Corporate Capital Limited (Syndicate 4000), a private company;

- Argo Limited and Associates of Argo Group (Syndicate 1200), private companies;

- Ark Corporate Member Limited (Syndicate 4020), a private company;

- Aprilgrange Limited/F&G UK Underwriters Limited (Syndicate 5000), both of which are wholly owned subsidiaries of The Travelers Companies Inc., a publicly held corporation;

- Brit UW Limited (Syndicate 2987), a subsidiary of Brit plc, whose ultimate parent is Fairfax Financial Holdings Limited, a publicly traded company;

- MS Amlin Corporate Member Limited (Syndicate 2001), a subsidiary of MS Amlin Corporate Services Limited whose parent is MS Amlin plc, a publicly traded company;

- ANV Corporate Name Limited (Syndicate 1861), a wholly owned subsidiary of AmTrust Financial Services Inc., a publicly held corporation.

                              Respectfully submitted,

Dated: February 27, 2018         /s/ Bradley J. Swallow
                                          Bradley J. Swallow (VSB No. 32170)
                                          FUNK & BOLTON, P.A.
                                          100 Light Street, Suite 1400
                                          Baltimore, Maryland 21202
                                          410.659.8320 (telephone)
                                          410.659.7773 (facsimile)
                                          bswallow@fblaw.com

                                          Counsel for Certain Underwriters at Lloyd's, London Subscribing to Policy Number 1476385, improperly named in the Complaint as "Lloyd's London"

                                          and

        Andrew A. Beerworth, Esquire
PAUL FRANK + COLLINS P.C.
One Church Street
P.O. Box 1307
Burlington, Vermont 05402
802.658.2311 (telephone)
802.658.0042 (facsimile)
abeerworth@pfclaw.com

Proposed Admittee as Co-Counsel for Certain Underwriters at Lloyd's, London Subscribing to Policy Number 1476385, improperly named in the Complaint as "Lloyd's London" (*Pro Hac Vice* Motion for Admission to be Filed)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February 2018, a copy of the foregoing Financial Disclosure Statement of Defendant, Certain Underwriters at Lloyd's, London, Improperly Named in the Complaint as Defendant "Lloyd's, London", was served by CM/ECF electronic notice/service from the Court in this proceeding, and by first class mail, postage prepaid, upon the following:

    Benjamin T. Boscolo, Esquire
ChasenBoscolo, Injury Lawyers
7852 Walker Drive, Suite 300
Greenbelt, Maryland 20770

        /s/ Bradley J. Swallow
Bradley J. Swallow (VSB No. 32170)
FUNK & BOLTON, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202
410.659.8320 (telephone)
410.659.7773 (facsimile)
bswallow@fblaw.com

Counsel for Certain Underwriters at Lloyd's, London Subscribing to Policy Number 1476385, improperly named in the Complaint as "Lloyd's London"